Case 7:25-mj-00208-CKM   Document 1-3   Filed 09/29/25   Page 1 of 1   Pageid#: 17

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 29, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
      DEPUTY CLERK

7:25mj208

## EXHIBIT #2

### THE MATERIAL FACTS CONSTITUTING PROBABLE CAUSE THAT THE SEARCH SHOULD BE MADE ARE:

On September 29, 2025, Virginia State Police Narcotic Detector Canine "Bruin," VSPN 320, was utilized to check a white United States Postal Service priority mail parcel. The parcel is bearing tracking number 9405 5362 0830 3292 4319 19. The parcel is addressed from Bobbie Casey, 14772 Long View Drive, Fontana CA 92337. The parcel was being sent to Patrick Clark, 1101 Morehead Ave SE, Roanoke, VA 24013. The parcel was located at 419 Rutherford Ave. NE, Roanoke VA 24022. On 9-29-25, at approximately 1115 hours, Narcotic Detector Canine "Bruin," VSPN 320 alerted in the presence of the affiant to the odor of narcotics on the above-described parcel in a blind parcel lineup. The alert was confirmed by Trooper Benjamin J. Uttley. Trooper Benjamin J. Uttley was the handler in control of the Narcotic Detector Canine "Bruin," VSPN 320 at the time of the alert. Trooper Benjamin J. Uttley is a trained canine handler and is trained in the handling of Canine "Bruin," VSPN 320, and the interpretation of the reaction of Canine "Bruin," VSPN 320 to the odor of illegal drugs.

### THE RELIABILITY OF THE NARCOTIC DETECTOR CANINE IS ADJUDGED BY THE FOLLOWING:

Trooper Benjamin J. Uttley has been employed since August 2018 with the Virginia State Police. Trooper Benjamin J. Uttley has been a canine handler since 2021. Trooper Benjamin J. Uttley advised this affiant that Narcotic Detector Canine "Bruin," VSPN 320, was trained at the Virginia State Police Narcotic Detector Canine/Handler course in Abingdon, Virginia and certified on June 7, 2022. On September 22, 2025, Trooper Benjamin J. Uttley and Narcotic Detector Canine "Bruin," VSPN 320, recertified reliable in the detection of cocaine, heroin, methamphetamine, Marijuana, and ecstasy, according to the standards set forth by the Virginia State Police. Canine "Bruin," VSPN 320, receives monthly in-service training and a minimum of four hours of training each week. Trooper Benjamin J. Uttley advised this affiant that since Canine "Bruin," VSPN 320, certified, he has been utilized numerous times and has alerted to the odors of illegal narcotics during training assignments.

Pursuant to 28 USC 1746, I declare under the penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

Trooper Benjamin J. Uttley
Virginia State Police

09/29/2025
Date