AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 7:25mj208 | Date and time warrant executed: September 29, 2025 @ 1505 hrs | Copy of warrant and inventory left with: On file with USPIS |
| Inventory made in the presence of : Postal Inspectors Barrett and Buck | | |
| Inventory of the property taken and name(s) of any person(s) seized: 1. Approximately 33 grams of Cocaine.  2. United States Postal Service Priority Mail Parcel bearing tracking number "9405 5362 0830 3292 4319 19" and a pair of leggings. | | |

**Received in Chambers
By Reliable Electronic Means**

9/29/2025

**Hon. C. Kailani Memmer
United States Magistrate Judge**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/29/2025

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*